**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://www.thewealthadvisor.com/article/bb-kings-house-blues-goes-dark-when-national-treasures-die

